# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2013

## NO. 03-12-00727-CV

### Wal-Mart Stores, Inc. and Robert William Sykes, Appellants

### v.

### Pamela K. Fisher and Jesse G. Fisher, Jr., Appellees

### APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
### DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE PEMBERTON

**THIS DAY** came on to be submitted to this Court the parties' agreed motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed. It is **FURTHER** ordered that each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below; and that this decision be certified below for observance.